IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Misc. No. 2:11-MC-00064-LKK-KJN |
| Plaintiff, | Criminal No. 2:02CR00152-01 LKK |
| v. | |
| PATRICIA K. THOMAS, | [~~proposed~~] ORDER RE STIPULATION BETWEEN UNITED STATES AND GARNISHEE BRASHER'S SACRAMENTO AUTO AUCTION TO WITHDRAW UNITED STATES' PETITION FOR ORDER TO SHOW CAUSE |
| Defendant and Judgment Debtor. | |
| BRASHER'S SACRAMENTO AUTO AUCTION, | |
| Garnishee. | |

On December 21, 2011, the court entered, at plaintiff's request, an Order to Show Cause concerning Garnishee Brasher's Sacramento Auto Auction, and set a show cause hearing date of February 9, 2012. The United States of America and Garnishee Brasher's Sacramento Auto Auction ("Brasher's") have entered into a stipulation to withdraw the United States' petition for an order to show cause, filed herein on December 12, 2011. Upon review of the stipulation, IT IS HEREBY ORDERED that:

    1.    The United States and Brasher's stipulation (Dkt. No. 26) is APPROVED.

    2.    Within 14 days of the date of this order, Brasher's will remit to the Court, as

1

set forth below, the total sum of $3,671.03, which represents the sum it was required under the writ of garnishment to withhold from the wages of Judgment Debtor and Brasher's employee Patricia K. Thomas ("Thomas") for the paychecks between July 15, 2011 (the date of service of the writ of garnishment on Brasher's) and November 1, 2011 (the end of the bi-weekly pay period preceeding the Court's November 14, 2011 interim order, Doc. #18), to be applied towards Thomas' restitution.

3. Brasher's shall remit the payment in United States currency, certified funds or cashier's check. If payment is made by monetary instrument, the instrument must be made payable to the *"Clerk of the Court"* and the face of the instrument must indicate that the payment is being made on behalf of *"Patricia K. Thomas, Criminal Case No. 2:02-CR-00152-LKK."* The payment must be delivered to:

> Clerk of the Court
> Robert Matsui Federal Courthouse
> 501 I Street, Suite 4-200
> Sacramento, CA 95814.

4. The Order to Show Cause filed on December 21, 2011 (Dkt. No. 23), is discharged, and the hearing thereon scheduled for February 9, 2012, is vacated.

IT IS SO ORDERED.

DATED: January 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE